Bruce Locke (#177787)

Moss & Locke

2  800 Howe Ave, Ste 110

3  Sacramento, CA 95825

4  916-569-0667

5  Attorneys for Remus Kirkpatrick

**FILED**

**OCT 19 2015**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

6              UNITED STATES DISTRICT COURT

7              EASTERN DISTRICT OF CALIFORNIA

8

9

10   United States,

11                    Plaintiff,

12        v.

13   Remus Kirkpatrick,

14                    Defendant.

15

16

No.  2:15-CR-190 GEB

**WAIVER OF PERSONAL APPEARANCE
AT ARRAIGNMENT**

17

18   Pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure, I, Remus Kirkpatrick,

19   hereby waive my personal appearance at the arraignment on the indictment in this case. I

20   acknowledge and understand that I have the right to appear personally with my attorney before a

21   judicial officer for arraignment in open court on the above-numbered Indictment. I further

22   understand that, absent the present waiver, I must appear before this court as directed.

23        I affirm that I have received a copy of the Indictment in this case, that I waive a formal

24   reading of the indictment in open court, and I hereby enter a plea of not guilty and demand a jury

25   trial.

26

27

28                                        1

I further agree that my interest will be deemed represented at all times by the presence of my attorney, the same as if I were personally present, and further agree to be present in court ready for trial any day and hour the court may fix in my absence.

I further acknowledge that I have been informed of my rights under Title 18 U.S.C. § 3161-3174 (Speedy Trial Act), and authorize my attorney to set times and delays under the Act without my being present. This pleading with the original signatures is in the possession of undersigned counsel.

Dated: October 13, 2015                      /s/ Remus Kirkpatrick
                                             REMUS KIRKPATRICK

Dated: October 13, 2015                      /s/ Bruce Locke
                                             BRUCE LOCKE
                                             Attorney for Remus Kirkpatrick

The defendant's Waiver of Personal Appearance at Arraignment on the Indictment is accepted.

Dated: 10-19-2015                            _____
                                             U.S. MAGISTRATE JUDGE

2