Bruce Locke (#177787)

Moss & Locke

4354 Town Center Blvd, #114-59

Eldorado Hills, CA 95762

916-719-3194

Attorneys for Remus Kirkpatrick

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States,<br><br>        Plaintiff,<br><br>    v.<br><br>Remus Kirkpatrick,<br><br>        Defendant. | No.  2:15-CR-190 GEB<br><br>**STIPULATION AND PROPOSED ORDER CONTINUING THE DATE FOR SENTENCING AND AMENDING THE SCHEDULE FOR DISCLOSURE OF THE PRE-SENTENCE REPORT** |

It is hereby stipulated by and between the defendant, Remus Kirkpatrick, and his undersigned attorney, and the United States and its undersigned attorney, that the date for sentencing should be continued from November 17, 2017 to February 23, 2018 and that the schedule for disclosure of the Presentence Report should be amended to provide as follows:

1. that the Proposed Pre-Sentence Report shall be disclosed to Counsel no later than January 12, 2018;

1

2. that Counsel's Written Objections to the Pre-Sentence Report shall be delivered to the Probation Officer no later than January 26, 2018;

3. that the Pre-Sentence Report shall be filed with the Court and disclosed to Counsel no later than February 2, 2018;

4. that Motions for Correction of the Pre-Sentence Report shall be filed and served on Counsel and the Probation Officer no later than February 9, 2018; and

5. that a Reply or Statement of No Opposition shall be filed no later than February 16, 2018.

6. Ms. Hemesath has authorized the undersigned attorney to sign this stipulation for her.

Dated: October 4, 2107    /s/ Bruce Locke
              BRUCE LOCKE
              Attorney for Remus Kirkpatrick

Dated: October 4, 2017    /s/ Audrey Hemesath
              AUDREY HEMESATH
              Attorney for the United States

IT IS SO ORDERED.

Dated:  October 5, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2