MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
Remus Kirkpatrick

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REMUS ALAN KIRKPATRICK,<br><br>Defendant. | Case No.: 2:15 CR 190 GEB<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |

It is hereby stipulated by and between the defendant, Remus Kirkpatrick, and his undersigned attorney, and the United States and its undersigned attorney, that the date for sentencing should be continued from February 23, 2018 to August 17, 2018 and that the schedule for disclosure of the Presentence Report should be amended to provide as follows:

1. that the Proposed Pre-Sentence Report shall be disclosed to Counsel no later than June 29, 2018;
2. that Counsel's Written Objections to the Pre-Sentence Report shall be delivered to the Probation Officer no later than July 13, 2018;
3. that the Pre-Sentence Report shall be filed with the Court and disclosed to Counsel no later than July 20, 2018;
4. that Motions for Correction of the Pre-Sentence Report shall be filed and served on Counsel and the Probation Officer no later than August 3, 2018; and

1

5. that a Reply or Statement of No Opposition shall be filed no later than July 10, 2018.
6. Ms. Hemesath has authorized the undersigned attorney to sign this stipulation for her.

Dated: February 16, 2018                By: ____/s/ Michael Chastaine
                                            MICHAEL CHASTAINE
                                            Attorney for Remus Kirkpatrick

Dated: February 16, 2018                McGREGOR SCOTT
                                        United States Attorney

                                        By: /s/ Audrey Hemesath___
                                            AUDREY HEMESATH
                                            Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Friday, Feburary 23, 2018 at 9:00 a.m. be continued to Friday, August 17, 2018 at 9:00 a.m. and that the period from Feburary 23, 2018 to August 17, 2018 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4. Further, that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant in a speedy trial.

Dated:  February 16, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge