MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
Remus Kirkpatrick

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

REMUS ALAN KIRKPATRICK,

    Defendant.

Case No.: 2:15 CR 190 GEB

STIPULATION AND ORDER CONTINUING SENTENCING

It is hereby stipulated by and between the defendant, Remus Kirkpatrick, and his undersigned attorney, and the United States and its undersigned attorney, that the date for sentencing should be continued from August 17, 2018 to November 2, 2018 and that the schedule for disclosure of the Presentence Report should be amended to provide as follows:

1. that the Proposed Pre-Sentence Report shall be disclosed to Counsel no later than September 24, 2018;
2. that Counsel's Written Objections to the Pre-Sentence Report shall be delivered to the Probation Officer no later than October 5, 2018;
3. that the Pre-Sentence Report shall be filed with the Court and disclosed to Counsel no later than October 12, 2018;

4. that Motions for Correction of the Pre-Sentence Report shall be filed and served on Counsel and the Probation Officer no later than October 19, 2018; and

5. that a Reply or Statement of No Opposition shall be filed no later than October 21, 2018.

6. Ms. Hemesath has authorized the undersigned attorney to sign this stipulation for her.

Dated: August 10, 2018        By: ____/s/ Michael Chastaine
                                   MICHAEL CHASTAINE
                                   Attorney for Remus Kirkpatrick


Dated: August 10, 2018        McGREGOR SCOTT
                              United States Attorney

                              By: /s/ Audrey Hemesath
                              AUDREY HEMESATH
                              Assistant U.S. Attorney

## ORDER

IT IS HEREBY ORDERED that sentencing is continued from August 17, 2018 to November 2, 2018, commencing at 9:00 a.m., and that the schedule for disclosure of the Presentence Report is amended as the parties stipulate above.

Dated:  August 13, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge