MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
Remus Kirkpatrick

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

   Plaintiff,

  v.

REMUS ALAN KIRKPATRICK,

   Defendant.

Case No.: 2:15 CR 190 GEB

STIPULATION AND ORDER CONTINUING SENTENCING

  It is hereby stipulated by and between the defendant, Remus Kirkpatrick, and his undersigned attorney, and the United States and its undersigned attorney, that the date for sentencing should be continued from November 2, 2018 to June 28, 2019 and that the schedule for disclosure of the Presentence Report should be amended to provide as follows:

  1. that the Proposed Pre-Sentence Report shall be disclosed to Counsel no later than May 13, 2019;

  2. that Counsel's Written Objections to the Pre-Sentence Report shall be delivered to the Probation Officer no later than May 31, 2019;

  3. that the Pre-Sentence Report shall be filed with the Court and disclosed to Counsel no later than June 7, 2019;

  4. that Motions for Correction of the Pre-Sentence Report shall be filed and served on Counsel and the Probation Officer no later than June 14, 2019; and

1

5. that a Reply or Statement of No Opposition shall be filed no later than June 18, 2019;

6. Ms. Hemesath has authorized the undersigned attorney to sign this stipulation for her.

Dated: October 29, 2018	By: ____/s/ Michael Chastaine
	MICHAEL CHASTAINE
	Attorney for Remus Kirkpatrick

Dated: October 29, 2018	McGREGOR SCOTT
	United States Attorney

	By: /s/ Audrey Hemesath
	AUDREY HEMESATH
	Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the sentencing scheduled for Friday, November 2, 2018 at 9:00 a.m. be continued to Friday, June 28, 2019 at 9:00 a.m. and adopts the schedule for disclosure of the Presentence report as indicated.

Dated: October 31, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge