MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
Remus Kirkpatrick

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>REMUS ALAN KIRKPATRICK,<br><br>　　　　Defendant. | Case No.: 2:15 CR 190 GEB<br><br>STIPULATION AND ORDER CONTINUING SENTENCING |

It is hereby stipulated by and between the defendant, Remus Kirkpatrick, and his undersigned attorney, and the United States and its undersigned attorney, that the date for sentencing should be continued from June 28, 2019 to September 27, 2019 and that the schedule for disclosure of the Presentence Report should be amended to provide as follows:

1. that the Proposed Pre-Sentence Report shall be disclosed to Counsel no later than August 12, 2019;
2. that Counsel's Written Objections to the Pre-Sentence Report shall be delivered to the Probation Officer no later than August 30, 2019;
3. that the Pre-Sentence Report shall be filed with the Court and disclosed to Counsel no later than September 6, 2019;

1

4. that Motions for Correction of the Pre-Sentence Report shall be filed and served on Counsel and the Probation Officer no later than September 13, 2019; and

5. Ms. Hemesath has authorized the undersigned attorney to sign this stipulation for her.

Dated: June 4, 2019                    By: ____/s/ Michael Chastaine
                                           MICHAEL CHASTAINE
                                           Attorney for Remus Kirkpatrick


Dated: June 4, 2019                    McGREGOR SCOTT
                                       United States Attorney

                                       By: /s/ Audrey Hemesath
                                           AUDREY HEMESATH
                                           Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the sentencing scheduled for Friday, June 28, 2019 at 9:00 a.m. be continued to Friday, September 27, 2019 at 9:00 a.m. and adopts the schedule for disclosure of the Presentence report as indicated.

Dated: June 4, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge