MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
Remus Kirkpatrick

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> REMUS ALAN KIRKPATRICK, <br><br> Defendant. | Case No.: 2:15 CR 190 GEB <br><br> APPLICATION FOR TRANSPORTATION ORDER; [PROPOSED] ORDER FOR TRANSPORTATION <br><br> 18 U.S.C. 4285 |

**Procedure History**

Defendant Remus Alan Kirkpatrick was originally arrested on or about September 28, 2015. He was released from custody on or about September 28, 2015 on an unsecured bond and allowed to reside in his home in Canton Ohio. Mr. Kirkpatrick has been supervised by Pretrial Services in the Northern District of Ohio and has complied with all court-ordered conditions of release.

On April 21, 2017 Mr. Kirkpatrick plead guilty to violations of 18 U.S.C. §493 (Bonds and Obligations of Certain Lending Agencies. Part of the agreement included a cooperation agreement. Sentencing has been continued multiple times but is now firmly set for September 27, 2019 at 9:00 a.m.

1

**Application**

Application is hereby made for an order for Transportation and subsistence allowance for defendant Remus Kirkpatrick to travel from Canton Ohio to Sacramento, California and return back to Ohio.

It is anticipated that the Government will join in the defense request to allow Mr. Kirkpatrick to self-surrender in Ohio. Therefore, Mr. Kirkpatrick is requesting a return flight.

Mr. Kirkpatrick has advised counsel that he is without funds to travel back to Sacramento, California. Counsel is requesting that Mr. Kirkpatrick be allowed to fly in on September 26, 2019 to meet with counsel and discuss sentencing.

Dated: August 12, 2019                    By: ____/s/ Michael Chastaine
                                               MICHAEL CHASTAINE
                                               Attorney for Remus Kirkpatrick

ORDER

**To: UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:**

This is to authorize and direct you to furnish the above named defendant, Remus Alan Kirkpatrick with transportation and authorized subsistence from Canton Ohio to Sacramento, California arriving no later than September 26, 2019 and leaving no earlier than the evening of September 27, 2019.

Mr. Kirkpatrick is indigent and financially unable to travel to Sacramento, California and return to Canton Ohio with transportation expenses. This request is authorized pursuant to 18 U.S.C. section 4285.

IT IS SO ORDERED.

Dated: August 14, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge