TASHA PARIS CHALFANT, Bar No. 207055
Attorney at Law
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
(916) 444-6100; FAX: (916) 930-6093
E-mail: tashachalfant@gmail.com

Attorney for: REMUS KIRKPATRICK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case: 2:15-CR-0190-3 MCE |
| | ) | |
| Plaintiff, | ) | ORDER SEALING DOCUMENTS AS |
| | ) | SET FORTH IN DEFENDANT'S NOTICE |
| vs. | ) | |
| | ) | |
| REMUS KIRKPATRICK, | ) | |
| | ) | COURT: Hon. Morrison C. England, Jr. |
| Defendant. | ) | |
| | ) | |

Pursuant to Local Rule 141(b), and based upon the representation contained in Defendant's Request to Seal, IT IS HEREBY ORDERED that the Defendant's Exhibits B, C, D, E, F, G, H and I, of his Motion for Compassionate Release shall be SEALED until further notice of this Court.

It is further ordered that electronic access to the sealed documents shall be limited to the United States and counsel for the defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).

///

///

1

The Court finds that, for the reasons stated in the Defendant's Request, sealing the Defendant's Request and Exhibits B, C, D, E, F, G, H and I, of his Motion for Compassionate Release serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by Defendant would be harmed. In light of the public filing of Defendant's Notice to Seal, the Court further finds that there are no additional alternatives to sealing the Defendant's Request and Exhibits B, C, D, E, F, G, H and I that would adequately protect the compelling interests identified by Defendant.

IT IS SO ORDERED.

Dated: May 4, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE