PHILLIP A. TALBERT
Acting United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00190-MCE |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A); ORDER |
| v. | |
| REMUS ALAN KIRKPATRICK, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a second motion for compassionate release on April 30, 2021. Docket No. 679. The government's response is due on May 11, 2021, with any reply from the defendant due on May 18, 2021. Docket No. 685.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

   a) The government's response to the defendant's motion to be filed on or before

STIPULATION RE BRIEFING SCHEDULE 1

June 11, 2021;

      b)     The defendant's reply to the government's response to be filed on or before June 25, 2021.

IT IS SO STIPULATED.

Dated: May 11, 2021                              PHILLIP A. TALBERT
Acting United States Attorney

/s/ AUDREY B. HEMESATH
AUDREY B. HEMESATH
Assistant United States Attorney

Dated: May 11, 2021                              /s/ TASHA PARIS CHALFANT
TASHA PARIS CHALFANT
Counsel for Defendant
REMUS ALAN KIRKPATRICK

## ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a)     The government's response to the defendant's motion, Docket No. 679, is due on or before June 11, 2021;

b)     The defendant's reply to the government's response, if any, is due on June 25, 2021.

IT IS SO ORDERED.

Dated: May 13, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE