PHILLIP A. TALBERT
Acting United States Attorney
AUDREY B. HEMESATH
TANYA B. SYED
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> REMUS ALAN KIRKPATRICK, <br><br> Defendant. | CASE NO. 2:15-CR-190-MCE <br><br> **ORDER GRANTING RULE 35 MOTION** |

Upon consideration of the United States's motion pursuant to Rule 35 of the Federal Rules of Criminal Procedure filed on August 26, 2021 (ECF 742), and for the reasons set forth in the United States's motion, the Court GRANTS the United States's Rule 35 motion. The court's October 10, 2019 judgment (ECF 539) imposing a sentence of incarceration of seventy-two months shall be reduced by twelve months to a total term of sixty months. All other aspects of the original judgment shall remain in full force and effect. The hearing set for September 2, 2021, is hereby **VACATED**.

IT IS SO ORDERED.

Dated: August 31, 2021

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE